USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

DANIEL CHU,
JEROME KOLLAR, and
AMERYN SEIBOLD,

Defendants.

---------------------------------------------------------------------x

**ORDER**

No. 26 Civ. 7041 (LAK)

WHEREAS, on October 9, 2026, the United States of America, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, and Micah F. Fergenson, Shiva Logarajah, and Justin V. Rodriguez, Assistant United States Attorneys, submitted a motion seeking to intervene in this action and seeking a stay of this action, in light of the pendency of the criminal action *United States* v. *Daniel Chu*, 25 Cr. 579 (PKC) (the "Criminal Case"), in which an Indictment has been filed; and

WHEREAS, only defendant Daniel Chu has objected to the stay sought by the United States of America; and

WHEREAS, the Court finds that a stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the United States of America's motion to intervene (Dkt 10) is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED:

[signature] 11/9/26

HONORABLE LEWIS A. KAPLAN DATE
UNITED STATES DISTRICT JUDGE